# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

RONALD TREADWELL,

    Plaintiff,  
v.  

STEVEN MNUCHIN,

    Defendant.

Case No. 2:21-cv-1028  
JUDGE EDMUND A. SARGUS, JR.  
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on May 5, 2021. (ECF No. 5). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this action under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

    IT IS SO ORDERED.

5/28/2021  
DATE

    s/Edmund A. Sargus, Jr.  
EDMUND A. SARGUS, JR.  
UNITED STATES DISTRICT JUDGE